IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KIONA D. FITZPATRICK, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:20-cv-00055 |
| MARSHALL COUNTY JAIL, *et al.*, | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 26), which was filed on October 27, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure for failure to effect service of process. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE